[No. 54834-4-I. Division One. April 17, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN A. WHITAKER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02368-6, Linda C. Krese, J., entered July 23, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, C.J., and Schindler, J. Now published at 133 Wn. App. 199.

[No. 56152-9-I. Division One. April 17, 2006.]

*In the Matter of the Marriage of* SAIYIN HAGGERTY, *Respondent,* and THOMAS BRET HAGGERTY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-3-00375-3, Michael S. Spearman, J., entered February 15, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55792-1-I. Division One. April 17, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS JAMES BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00466-1, Stephen J. Dwyer, J., entered February 16, 2006. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Ellington, JJ.